UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDELTATAH ELLAWENDY,<br><br>    Petitioner,<br><br>    v.<br><br>MONTEREY COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No 20-2708 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>(Docket No. 9) |

Petitioner, who appears to be a California state parolee, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. No. 1. After an initial review on September 8, 2020, the Court found the proper avenue for challenging his state conviction was through a petition under 28 U.S.C. § 2254, and construed the petition as such. Dkt. No. 6 at 2. Respondent was ordered to file an answer no later than ninety days from the date of the order, such that an answer was due by December 7, 2020. *Id* at 4-5. Respondent has filed a motion for extension of time, to and including January 30, 2021, to file a response. Dkt. No. 9. Good cause appearing, the motion is **GRANTED**. Respondent's answer is due **no later than January 30, 2021**.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer. The

1  matter will be deemed submitted on the date the traverse is due.

2  This order terminates Docket No. 9.

3  **IT IS SO ORDERED.**

4  Dated:  __December 21, 2020___

  _____
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Answer
P:\PRO-SE\BLF\HC.20\02708.Ellawendy_eot-ans.docx