UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABDELFATAH ELLAWENDY,
          Petitioner,
   v.

MONTEREY COUNTY SUPERIOR COURT,
          Respondent.

Case No. 20-02708 BLF (PR)

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Petitioner moves for the appointment of counsel. Dkt No. 31. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. Appointment is not warranted in this case. Not only has Petitioner failed to present any argument in support of his motion, but there are also no pending deadlines as Petitioner has already filed a traverse, Dkt. No. 30. Accordingly, Petitioner's motion for appointment of counsel is DENIED.

**IT IS SO ORDERED**.

Dated:     January 10, 2023

BETH LABSON FREEMAN
United States District Judge

Case No. 20-02708 BLF (PR)
ORDER DEN. MOT. FOR APPOINTMENT OF COUNSEL