UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABDELFATAH ELLAWENDY,
    Petitioner,
  v.

MONTEREY COUNTY SUPERIOR COURT,
    Respondent.

Case No. 20-02708 BLF (PR)

**JUDGMENT**

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED**.

Dated:    January 10, 2023

BETH LABSON FREEMAN
United States District Judge

Case No. 20-02708 BLF (PR)
ORDER DEN. PET. FOR WRIT OF HABEAS CORPUS; DEN. CERTIFICATE OF APPEALABILITY